USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

Paul Fila, et al.,

Plaintiffs,

-against-

Pintan Marine Enterprise Ltd., et al.,

Defendants.

---------------------------------------------------------X

15 **CIVIL** 267 (AJN)

**JUDGMENT**

Defendants having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Alison J. Nathan, United States District Judge, and the Court, on July 19, 2016, having rendered its Memorandum & Order granting the motion to dismiss. This resolves Dkt. No. 28; and directing the Clerk of Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated July 19, 2016, the motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
July 20, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**